IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  **12-cv-01675-AP**

**STACY C. PAULSEN**,

     Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
     Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

**FREDERICK W. NEWALL, ESQ**
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211 Phone
(719) 635-6503 Fax
Email: fnewall@qwestoffice.net

For Defendant:

**ALEXESS D. REA**
Special Assitant United States Attorney
1001 17th Street
Denver, CO  80202
Telephone: (303) 844-7101
Fax: (303) 844-0770
Email: alexess.rea@ssa.gov

**JOHN WALSH**
United States Attorney

**J. BENEDICT GARCIA**
Assistant United States Attorney

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:**   June 27, 2012

   B. **Date Complaint Was Served on U.S. Attorney's Office:**   August 10, 2012.

   C. **Date Answer and Administrative Record Were Filed:**   October 5, 2012.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.  However, the Defendant reserves the right to supplement the record if necessary at the time of the Opening Brief.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

7. **OTHER MATTERS**

None.

8. **BRIEFING SCHEDULE**

   A. **Plaintiff's Opening Brief Due:**         December 4, 2012

   B. **Defendant's  Response Brief Due:**      January 3, 2013

   C. **Plaintiff's  Reply Brief (If Any) Due:**   January 16, 2013

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument**.**

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this 25th day of October, 2012

                                                  BY THE COURT:

                                                  s/John L. Kane
                                                  JOHN L. KANE
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

s/Frederick W. Newall
Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (Facsimile)
newallfrederickw@qwest.net

Attorney for Plaintiff

JOHN WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney

s/Alexess D. Rea
ALEXESS D. REA
Special Assistant United States Attorney
1001 17th Street
 Denver, CO 80202
 Telephone: (303) 844-7101
alexess.rea@ssa.gov
mailto:Kevin.Traskos@usdoj.gov

Attorney for Defendant(s)