IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-1675-AP**

**STACY PAULSON,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to File Opening Brief Late (doc. #18), filed December 12, 2012, is **GRANTED**. The opening brief is accepted as timely filed as of December 10, 2012. Response brief is now due January 4, 2013; reply brief is due January 18, 2013.

Dated:  December 14, 2012