IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-01675-RM

STACY C. PAULSEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1]

    Defendant.

## ORDER

For the reasons stated in open court on June 9, 2015 (*see* ECF No. 27), the Court AFFIRMS Defendant's denial of disability insurance benefits and supplemental security income benefits. The Clerk of the Court is directed to enter JUDGMENT in Defendant's favor.

DATED this 9th day of June, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

---

[1] In accordance with Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this action.