NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**STACY C. PAULSEN,**
*Plaintiff-Appellant*

v.

**CAROLYN W. COLVIN, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**
*Defendant-Appellee*

2015-1916

Appeal from the United States District Court for the District of Colorado in No. 1:12-cv-01675-RM, Judge Raymond P. Moore.

**O R D E R**

Pursuant to this court's order of August 17, 2015, and absent a response from either party,

IT IS ORDERED THAT:

The appeal is hereby transferred to the United States Court of Appeals for the Tenth Circuit.

FOR THE COURT

/s/ Daniel E. O'Toole

Case 1:12-cv-01675-RM   Document 41   Filed 09/22/15   USDC Colorado   Page 2 of 2
Case: 15-1916   Document: 3   Page: 2   Filed: 09/22/2015

2                                                          PAULSEN v. COLVIN

Daniel E. O'Toole
Clerk of Court

ISSUED AS A MANDATE: September 22, 2015